IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-00098-F-1
No. 7:15-CV-00195-F

| | | |
|---|---|---|
| MAURICE CROMRATIE, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Within twenty days hereof, the Government is DIRECTED to respond to Maurice

Cromratie's Motions to Amend [DE-76, -82].

SO ORDERED.

This the 14 day of June, 2016.

James C. Fox
James C. Fox
Senior United States District Judge